IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02027-WYD-PAC

THE ESTATE OF BRADLEY J. BRIGGS, by and
through Tresea Mulqueen, Personal Representative; and
TRESEA MULQUEEN, individually,

    Plaintiffs,

v.

LARIMER COUNTY SHERIFF;
JAMES A. ALDEREN, individually and in his official capacity as LARIMER COUNTY SHERIFF;
ROBERT HENDRIE, individually;
JIM DISNER, individually;
AUGGIE BERNAL, individually;
JUSTIN WILLIAMSON, individually;
JACK LALICKER, individually;
KELLY PRINCE, individually;
SHANNON REA, individually; and
DONNA LUCERO, individually,

    Defendants.

---

**ORDER**

---

THIS MATTER is before the Court on Plaintiffs' and Defendants Shannon Rea and Kelly Prince's Stipulated Motion to Dismiss with Prejudice [# 38], filed April 10, 2006.  Having reviewed the motion and being otherwise fully advised, it is

ORDERED that Plaintiffs' and Defendants Shannon Rea and Kelly Prince's Stipulated Motion to Dismiss with Prejudice is **GRANTED**.  It is

FURTHER ORDERED that the claims and causes of actions asserted against

Shannon Rea are **DISMISSED WITH PREJUDICE**, each party to pay her or its own costs and fees.  It is

FURTHER ORDERED that the claims and causes of actions asserted against Kelly Lancey, f/k/a/ Kelly Prince, are **DISMISSED WITH PREJUDICE**, each party to pay her or its own costs and fees.

Dated:  April 11, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge