IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02027-WYD-PAC

THE ESTATE OF BRADLEY J. BRIGGS, by and through Tresea Mulqueen, Personal Representative; and
TRESEA MULQUEEN, individually,

    Plaintiff(s),

v.

LARIMER COUNTY SHERIFF;
JAMES A. ALDEREN, individually and in his official capacity as LARIMER COUNTY SHERIFF;
ROBERT HENDRIE, individually;
JIM DISNER, individually;
AUGGIE BERNAL, individually;
JUSTIN WILLIAMSON, individually;
JACK LALICKER, individually;
KELLY PRINCE, individually;
SHANNON REA, individually;
DONNA LUCERO, individually,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiffs' Unopposed Motion for Leave to Amend Complaint dated April 10, 2006 (doc. 39) is granted.  The Amended Complaint is filed this date.

Dated: April 13, 2006