IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02027-WYD-PAC

THE ESTATE OF BRADLEY J. BRIGGS, by and
through Tresea Mulqueen, Personal Representative; and
TRESEA MULQUEEN, individually,

      Plaintiffs,

v.

LARIMER COUNTY SHERIFF'S DEPARTMENT;
JAMES A. ALDEREN, individually and in his official capacity as LARIMER COUNTY SHERIFF;
CORRECTIONAL HEALTHCARE MANAGEMENT, INC., a Colorado Corporation;
SANDY CRENSHAW; and
TERESA SHEPARD,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Defendant Correctional Healthcare Management, Inc.'s Motion to Withdraw Its Previously Filed Motion to Dismiss [# 78], filed June 26, 2006, is **GRANTED**, and Defendant Correctional Healthcare Management, Inc.'s Motion to Dismiss [# 60], filed May 15, 2006, is **WITHDRAWN**
      Accordingly, Plaintiff's Motion to Defer Ruling on Defendant Correctional Healthcare Management, Inc.'s Motion to Dismiss, or in the Alternative, to Convert Motion to Motion for Summary Judgment [# 65], filed May 30, 2006, is **DENIED AS MOOT**.

      **As of May 30, 2006, my Practice Standards have been updated and revised. My Practice Standards are available from the Clerk of the Court and at www.cod.uscourts.gov**.  These Practice Standards shall govern all trials, hearings, and motions practice in my Courtroom.

      Dated:  June 26, 2006