IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02027-WYD-PAC

THE ESTATE OF BRADLEY J. BRIGGS, by and
through Tresea Mulqueen, Personal Representative; and
TRESEA MULQUEEN, individually,

     Plaintiffs,

v.

LARIMER COUNTY SHERIFF'S DEPARTMENT;
JAMES A. ALDEREN, individually and in his official capacity as LARIMER COUNTY SHERIFF;
CORRECTIONAL HEALTHCARE MANAGEMENT, INC., a Colorado Corporation;
SANDY CRENSHAW; and
THERESA SHEPARD,

     Defendants.

**ORDER**

This matter is before the Court on Plaintiffs and Defendants Theresa Shepherd and Sandra Crenshaw's Motion to Dismiss *with Prejudice* [# 90], filed July 31, 2006. Having reviewed the motion and being otherwise fully advised, it is

ORDERED that Plaintiffs and Defendants Theresa Shepherd and Sandra Crenshaw's Motion to Dismiss *with Prejudice* is **GRANTED**.  It is

FURTHER ORDERED that all claims against Defendants Theresa Shepherd and Sandra Crenshaw are **DISMISSED WITH PREJUDICE**, all parties to bear their own costs and fees.  It is

FURTHER ORDERED that Defendants Crenshaw and Shepherd's Motion to

Dismiss Plaintiffs' Claims as Bared by the Statute of Limitations [# 88], filed July 14, 2006, is **DENIED AS MOOT**.

Dated: August 1, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge