IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02027-WYD-PAC

THE ESTATE OF BRADLEY J. BRIGGS, by and through Tresea Mulqueen, Personal Representative; and
TRESEA MULQUEEN, individually,

    Plaintiff(s),

v.

LARIMER COUNTY SHERIFF;
JAMES A. ALDEREN, individually and in his official capacity as LARIMER COUNTY SHERIFF;
CORRECTIONAL HEALTHCARE MANAGEMENT, Inc.,
A Colorado corporation,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiffs' Unopposed Motion for Leave to Conduct Deposition Out of Time, filed November 30, 2006, is **GRANTED** as follows:

    The discovery deadline is extended to **December 6, 2006** so that plaintiffs may depose Leonard Medoff, Ph.D.

Dated: December 4, 2006