IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02027-WYD-PAC

THE ESTATE OF BRADLEY J. BRIGGS, by and
through Tresea Mulqueen, Personal Representative; and
TRESEA MULQUEEN, individually,

    Plaintiffs,

v.

LARIMER COUNTY SHERIFF'S DEPARTMENT;
JAMES A. ALDEREN, individually and in his official capacity as LARIMER COUNTY SHERIFF;
CORRECTIONAL HEALTHCARE MANAGEMENT, INC., a Colorado Corporation.

    Defendants.

---

**ORDER GRANTING MOTION TO AMEND COMPLAINT
AND ORDER TO SHOW CAUSE**

---

THIS MATTER comes before the Court on Plaintiffs' Motion to Amend Complaint [# 104], filed February 16, 2007.  In this motion, the Plaintiffs seek leave pursuant to Fed. R. Civ. P. 15(a) to amend their Complaint.  The Plaintiffs state that in light of the information obtained through the discovery process, they seek to withdraw their 42 U.S.C. § 1983 claims, and to dismiss Sheriff James A. Alderen, individually, as a Defendant.  Plaintiffs' proposed Second Amended Complaint reflects these substantive changes.  After carefully reviewing the file in this matter, I find that Plaintiffs' Motion to Amend Complaint should be GRANTED.  Accordingly, it is

ORDERED that Plaintiffs' Motion to Amend Complaint [# 104], filed February 16, 2007, is **GRANTED**.  It is

FURTHER ORDERED that Plaintiffs' claims for relief pursuant to 42 U.S.C. § 1983 are hereby, **DISMISSED**.  It is

FURTHER ORDERED that Sheriff James A. Alderen is **DISMISSED** individually, as a Defendant.  It is

FURTHER ORDERED that **Plaintiffs shall show cause in writing by Monday, April 9, 2007,** whether there is any remaining basis for federal subject matter jurisdiction.  It is

FURTHER ORDERED that if there is no remaining basis for federal subject matter jurisdiction, **Plaintiffs shall show cause in writing by Monday April 9, 2007,** why this Court should not decline to exercise supplemental jurisdiction and dismiss any remaining state law claims without prejudice.

Dated:  March 26, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge