IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02027-WYD-PAC

THE ESTATE OF BRADLEY J. BRIGGS, by and
through Tresea Mulqueen, Personal Representative; and
TRESEA MULQUEEN, individually,

    Plaintiffs,

v.

LARIMER COUNTY SHERIFF'S DEPARTMENT;
JAMES A. ALDEREN, individually and in his official capacity as LARIMER COUNTY SHERIFF;
CORRECTIONAL HEALTHCARE MANAGEMENT, INC., a Colorado Corporation.

    Defendants.

## ORDER

THIS MATTER comes before the Court on Plaintiffs' Response to Order to Show Cause [# 126], filed April 9, 2007.  On February 16, 2007, the Plaintiffs filed a Motion to Amend the Complaint that effectively withdrew all of Plaintiffs' claims arising under federal law.  On March 26, 2007, I issued an Order granting Plaintiffs' motion to amend.  However, I also issued an Order to Show Cause why this Court should not decline to exercise supplemental jurisdiction and dismiss any remaining state law claims without prejudice.

After carefully reviewing Plaintiffs' Response to the Order to Show Cause and the file in the above captioned matter, I find that the Court will elect to exercise supplemental jurisdiction over the remaining state law claims in this case.  Accordingly,

it is

ORDERED that the Court will exercise supplemental jurisdiction over this case, and this case will remain with this Court. It is

FURTHER ORDERED that the Order to Show Cause is hereby discharged.

Dated: April 19, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge