**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

---

**Civil Action No.: 05-cv-02027-WYD-PAC**       **FTR** - Reporter Deck - Courtroom A-501
**Date: August 08, 2007**      Courtroom Deputy, Ellen E. Miller

---

THE ESTATE OF BRADLEY J. BRIGGS,      James F. Scherer
by and through Teresa Mulqueen,
Personal Representative, and
TERESA MULQUEEN, individually,

    **Plaintiff(s),**

v.

LARIMER COUNTY SHERIFF DEPARTMENT,      George H. Hass
JAMES A. ALDEREN,      Jeannine S. Haag
individually and in his official capacity
as Larimer County Sheriff, and
CORRECTIONAL HEALTHCARE
  MANAGEMENT, INC.,
a Colorado corporation,

    **Defendant(s).**

---

**COURTROOM   MINUTES  /  MINUTE  ORDER**

---

**HEARING:  MOTIONS  HEARING**
**Court in Session:** 3:38 p.m.
Court calls case.   Appearance of counsel.

Defendant Larimer County Sheriff's Department's Motion to Compel is raised for argument.

Statements by Mr. Hass.
Statements by Mr. Scherer.

Questions and comments by the Court.

**It is ORDERED:**      Defendant Larimer County Sheriff's Department's Motion to Compel (Docket
                           No. **137,** Filed June 14, 2007) is TAKEN UNDER ADVISEMENT.
                           The Court will issue its written Order.

Hearing Concluded.

**Court in Recess:**     3:52   p.m.
Total In-Court Time:  00:14