IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02027-WYD-KLM

THE ESTATE OF BRADLEY J. BRIGGS, by and
through Tresea Mulqueen, Personal Representative; and
TRESEA MULQUEEN, individually,

    Plaintiffs,

v.

LARIMER COUNTY SHERIFF'S DEPARTMENT;
JAMES A. ALDEREN, individually and in his official capacity as LARIMER COUNTY SHERIFF,

    Defendants.

## ORDER

THIS MATTER came before the Court for a Final Trial Preparation Conference on August 27, 2007.  After carefully considering the statements presented by both parties at the hearing, I order the following based upon the reasons stated on the record:

IT IS ORDERED that the parties shall meet and confer in order to reach maximum stipulation on exhibits with regard to authenticity and/or admissibility.  It is FURTHER ORDERED that each photograph shall be assigned an individual exhibit designation.  It is

FURTHER ORDERED that the parties shall file amended exhibit lists with sequential pagination by **September 12, 2007.**  It is

FURTHER ORDERED that the parties are limited to thirty (30) minutes for

opening statements. It is

FURTHER ORDERED that the parties shall comply with all other deadlines and directives mandated by me at the Final Trial Preparation Conference and by my Practice Standards.

Dated: August 27, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge