IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02027-WYD-KLM

THE ESTATE OF BRADLEY J. BRIGGS, by and
through Tresea Mulqueen, Personal Representative; and
TRESEA MULQUEEN, individually,

     Plaintiffs,

v.

LARIMER COUNTY SHERIFF'S DEPARTMENT;

     Defendant.

## ORDER OF DISMISSAL OF PARTY

     THIS MATTER comes before the Court on the Unopposed Motion to Dismiss the Estate of Bradley J. Briggs as a Party Plaintiff (docket #178), filed August 30, 2007. After carefully reviewing the file in the above captioned case, I find that this motion should be granted pursuant to Fed. R. Civ. P. 41(a)(2).  Accordingly, it is

     ORDERED that the Unopposed Motion to Dismiss the Estate of Bradley J. Briggs as a Party Plaintiff (docket #178), filed August 30, 2007, is **GRANTED.**  It is

     FURTHER ORDERED that the Estate of Bradley J. Briggs is **DISMISSED** as a party Plaintiff from this action.

Dated: September 5, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge