IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02027-WYD-KLM

THE ESTATE OF BRADLEY J. BRIGGS, by and
through Tresea Mulqueen, Personal Representative; and
TRESEA MULQUEEN, individually,

     Plaintiffs,

v.

LARIMER COUNTY SHERIFF'S DEPARTMENT,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Defendant's Unopposed Motion for Leave to Amend Witness List (docket #179), filed September 9, 2007, is **GRANTED.**  Defendant's revised witness list is accepted for filing.

     Dated:  September 5, 2007