IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02027-WYD-KLM

TRESEA MULQUEEN, individually,

    Plaintiff,

v.

LARIMER COUNTY SHERIFF'S DEPARTMENT

    Defendant.

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court pursuant to Defendant's Unopposed Motion for Leave to Take Video Deposition of Leonard Medoff, Ph.D. [Docket No. 183, Filed September 11, 2007] (the "motion").

    IT IS HEREBY **ORDERED** that Defendant's motion is **GRANTED**.

Dated: September 12, 2007